UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.

```
*        *        *        *
SAMUEL BOURNE, INDIVIDUALLY
and as Trustee of BEDROCK      *
REALTY TRUST, Plaintiffs
                               *

         v
                               *      CORPORATE DISCLOSURE
                                      STATEMENT
TOWN OF MADISON, MADISON       *
BOARD OF SELECTMEN, JOHN
R. ARRUDA, JR., CLIFFORD       *
A. GRAVES, EILEEN T. CRAFTS,
and ROBERT D. KING,            *
            Defendants
*        *        *        *
```

Pursuant to District Court Local Rule 7.3,

Plaintiffs hereby advise this Honorable Court that

there is no "parent corporation" or "publicly held

company" owning ten (10) percent or more of the party's

stock, as set forth in said Rule.


29 June 2005                The Plaintiff: Samuel J. Bourne,
                            and Cheryl L. Bourne,
                            Individually and as Trustees of
                            Bedrock Realty Trust

                            By their attorney:


                            Gerald F. Williamson, Esq.
                            71 Legion Parkway
                            Brockton, MA 02301
                            (508)588-2284  BBO #529240