# UNITED STATES DISTRICT COURT

Eastern    District of    Massachusetts

SAMUEL J. BOURNE, IND.,
TRUSTEE OF BEDROCK REALTY
TRUST          Plaintiffs
         V.

TOWN OF MADISON, ET AL
              Defendants

**SUMMONS IN A CIVIL CASE** 25

CASE NUMBER:

## 05-11384 WGY

TO: (Name and address of Defendant)

Robert D. King
68 Westview Drive
Madison, NH 03849

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald F. Williamson, Esq.
71 Legion Parkway
Brockton, MA 02301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

JUN 30 2005

CLERK    DATE

(By) DEPUTY CLERK

Carroll County Sheriff's Department

CARROLL, SS.                                   July 9                     2005

I this day notified the within **Robert D. King**
by giving in hand to **Robert D. King** at 68 Westview Drive, in
Madison, New Hampshire a copy of a **Summons and Complaint** and order
of notice thereon, attested as such by Sarah A. Thornton, Clerk of
the United States District Court, of which the foregoing is a true
copy at 11:57 AM/PM.

Fees: Service  $15.00
      P&H      $ 1.00
      Travel   $20.00
      Total    $36.00

                                        _____
                                        Deputy Sheriff Scott Frost