# UNITED STATES DISTRICT COURT

Eastern                  District of      Massachusetts

SAMUEL J. BOURNE, IND.,
TRUSTEE OF BEDROCK REALTY
TRUST            Plaintiffs

        V.

TOWN OF MADISON, ET AL
             Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-11384 WGY**

TO: (Name and address of Defendant)

     Eileen T. Crafts
     67 East Madison Road
     Madison, NH 03849

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Gerald F. Williamson, Esq.
     71 Legion Parkway
     Brockton, MA 02301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                      JUN 3 0 2005

CLERK                                                  DATE

_[signature]_

(By) DEPUTY CLERK

Carroll County Sheriff's Department

CARROLL, SS.                                              May 11, 2005

I this day notified the within **Eileen T. Crafts**
by giving in hand to **Eileen T. Crafts** at 67 East Madison Road, in
Madison, New Hampshire a copy of a **Summons and Complaint** and order
of notice thereon, attested as such by Sarah A. Thornton, Clerk of
the United States District Court, of which the foregoing is a true
copy at   3:15 AM/PM

Fees: Service $15.00
      P&H     $ 1.00
      Travel  $20.00
      Total   $36.00           _____
                               Deputy Sheriff  Scott Frost