## UNITED STATES DISTRICT COURT

Eastern _____ District of  Massachusetts

SAMUEL J. BOURNE, IND.,
TRUSTEE OF BEDROCK REALTY
TRUST          Plaintiffs

V.

TOWN OF MADISON, ET AL
              Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-11384 WGY**

TO: (Name and address of Defendant)

John R. Arruda, Jr.
40 North Division Road
Madison, NH 03875

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald F. Williamson, Esq.
71 Legion Parkway
Brockton, MA 02301

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 3 0 2005

CLERK _____ DATE

(By) DEPUTY CLERK

Carroll County Sheriff's Department

CARROLL, SS.                          July 11              2005

I this day notified the within **John R. Arruda, Jr.**
by giving in hand to **John R. Arruda, Jr.** at 40 North Division Road,
in Madison, New Hampshire a copy of a **Summons and Complaint** and
order of notice thereon, attested as such by Sarah A. Thornton,
Clerk of the United States District Court, of which the foregoing
is a true copy at    3:41   AM-PM

Fees: Service  $15.00
      P&H      $ 1.00
      Travel   $20.00
      Total    $36.00         Deputy Sheriff