# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

SAMUEL J. BOURNE, IND.,
TRUSTEE OF BEDROCK REALTY
TRUST         Plaintiffs
         V.

TOWN OF MADISON, ET AL

         Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05-11384WGY

TO: (Name and address of Defendant)

Town of Madison
Town Hall
Rte. 113 - P.O. Box 248
Madison, NH 03849

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald F. Williamson, Esq.
71 Legion Parkway
Brockton, MA 02301

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 3 0 2005

CLERK                                   DATE

_____
(By) DEPUTY CLERK

Carroll County Sheriff's Department

CARROLL, SS.    July 11 2005

I this day notified the within **Town of Madison**
by giving in hand to **Marcia Shackford, Town Clerk** at 26 Route 113
West, in Madison, New Hampshire a copy of a **Summons and Complaint**
and order of notice thereon, attested as such by Sarah A. Thornton,
Clerk of the United States District Court, of which the foregoing
is a true copy at 2:57 AM-PM.

Fees: Service $15.00
      P&H     $ 1.00
      Travel  $20.00
      Total   $36.00

Deputy Sheriff Scott Frost