# UNITED STATES DISTRICT COURT

Eastern  District of  Massachusetts

SAMUEL J. BOURNE, IND.,
TRUSTEE OF BEDROCK REALTY
TRUST          Plaintiffs
V.

**SUMMONS IN A CIVIL CASE**

TOWN OF MADISON, ET AL
       Defendants

CASE NUMBER:

## 05-11384 WGY

TO: (Name and address of Defendant)

Madison Board of Selectmen
Town Hall
Rte. 113 - P.O. Box 248
Madison, NH 03849

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald F. Williamson, Esq.
71 Legion Parkway
Brockton, MA 02301

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                          JUN 30 2005

CLERK                                       DATE

(By) DEPUTY CLERK

Carroll County Sheriff's Department

CARROLL, SS.                                July 11            2005

I this day notified the within **Madison Board of Selectmen** by giving in hand to **John R. Arruda, Jr.** at 40 North Division Road, in Madison, New Hampshire a copy of a **Summons and Complaint** and order of notice thereon, attested as such by Sarah A. Thornton, Clerk of the United States District Court, of which the foregoing is a true copy at  3:40  AM/PM.

Fees: Service $15.00
      P&H      $ 1.00
      Travel  $20.00
      Total   $36.00         Deputy Sheriff