UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11384-WGY

```
*     *     *     *
SAMUEL BOURNE, INDIVIDUALLY
and as Trustee of BEDROCK      *
REALTY TRUST, Plaintiffs
                               *
           v                                PLAINTIFFS' OPPOSITION
                               *            TO DEFENDANTS' MOTION TO
                                            DISMISS FOR LACK OF
TOWN OF MADISON, MADISON       *            PERSONAL JURISDICTION
BOARD OF SELECTMEN, JOHN
R. ARRUDA, JR., CLIFFORD       *
A. GRAVES, EILEEN T. CRAFTS,
and ROBERT D. KING,            *
           Defendants
*     *     *     *
```

Plaintiffs submit the within Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, as supported by their Verified Complaint filed on 30 June 2005 and incorporated by reference herein. See also, Plaintiffs' Memorandum in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, attached hereto.

16 August 2005

The Plaintiff: Samuel Bourne,
Individually and as Trustee of
Bedrock Realty Trust

By their attorney:

*Gerald F. Williamson* (signature)
Gerald F. Williamson, Esq.
71 Legion Parkway
Brockton, MA 02301
(508)588-2284   BBO #529240