UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                              Civil Action
                                                                              No: <u>05-11384-wgy</u>

BOURNE
Plaintiff

v.

TOWN OF MADISON
Defendant

ORDER OF TRANSFER

YOUNG, C.J.

      In accordance with the Court's Order dated  OCT. 5, 2005 , the above-entitled action is hereby transferred  to USDC for the District of New Hampshire                     .

                                                                           By the Court,

                                                                         /s/ Elizabeth Smith

                                                                         Deputy Clerk

October 12, 2005

To:  All Counsel